UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>HERMAN C PEREZ, et al.,<br>　　　　Defendants. | Case No. 19-cv-06660-SVK<br><br>**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE**<br><br>Re: Dkt. No. 9 |

Plaintiff's motion to extend time to serve Defendant Herman C. Perez is untimely. The last day to serve was December 17, 2019 (Dkt. 9-1); the instant motion to extend was not filed until December 27, 2019. Dkt. 9. However, the Court finds that Plaintiff was diligent in attempting to serve within the requisite time frame. Dkts. 9-3, 9-5. Accordingly, the Court finds that the interests of justice and judicial economy will best be served by granting a short extension for service. As to the length of the extension, the Court is troubled by Plaintiff's representation that it has new information and believes it can serve Defendant "shortly," yet seeks an overly generous extension of 60 days. Dkts. 9, 9-1. In consideration of the foregoing, the Court will grant an extension of 30 days from the last date to serve of December 17, 2019. **Service on Defendant Perez must be completed by January 17, 2020. All other deadlines under General Order 56 are extended by 30 days only.**

　　　　**SO ORDERED.**

Dated: January 2, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge